UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

DERRICK HALL,

              Plaintiff,

    v.

NAOMI GLADNEY, et al.,

              Defendants.

_____/

Civil Action No.
08-13183

Hon. Bernard A. Friedman

## ORDER ADOPTING MAGISTRATE JUDGE BINDER'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R and R") dated July 31, 2009.  Plaintiff filed a timely objection to the R and R.  The Court reviewed Plaintiff's objections to the R and R and finds that, as stated in the Court's July 14, 2009 Opinion and Order, Plaintiff has failed "to show that the deprivation of medical care was sufficiently serious to rise to the level of an Eighth Amendment violation." (Order, Doc. 37 at 7).

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

Accordingly,

IT IS ORDERED that Magistrate Judge Binder's Report and Recommendation dated July 31, 2009 is hereby ADOPTED.

IT IS FURTHER ORDERED THAT Defendant's Motion for Summary Judgment is GRANTED.


Date:   August 28, 2009

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager